## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case: 1:25cr−00086 |
| | Assigned To : Kollar-Kotelly, Colleen |
| **v.** | Assign. Date : 3/27/2025 |
| | Description: INDICTMENT (B) |
| **MYONG CHOL-MIN,** | Related Case No: 23-cr-91 (CKK) |
| | |
| **KIM YONG-BOK,** | **Filed Under Seal** |
| | |
| **KIM CHOL-MIN,** | |
| **also known as "Jack,"** | |
| | |
| **RI TONG-MIN,** | |
| **also known as "Elvis,"** | |
| | |
| **RI WON-HO,** | |
| | |
| **KIM SE-UN, and** | |
| | |
| **SIM HYON-SOP,** | |
| | |
| **Defendants.** | |

### ORDER TO SEAL

Having considered the Government's Motion to Seal the Indictment, Arrest Warrants, and related paperwork ("Motion to Seal"), and for good cause stated therein, the Court makes the following findings:

1.  Sealing the Indictment, Arrest Warrants, the Motion to Seal, and this Order in the above-captioned matter will further the legitimate prosecutorial interest in the safety of individuals who may be impacted by publication of the Indictment.

2.  The public docketing at this time of the Indictment, the Arrest Warrants, the Motion to Seal, and this Order, could compromise the safety of individuals cooperating against the defendants and could frustrate law enforcement efforts to arrest the defendants.

3.      Accordingly, these facts present a legitimate basis for sealing the Indictment, the Arrest Warrants, the Motion to Seal, and this Order to Seal.

Based on the foregoing findings of fact, the Motion is hereby

GRANTED, and it is hereby

ORDERED that, in the above-captioned matter, pursuant to Federal Rule of Criminal Procedure 6(e)(4), the Indictment, the Arrest Warrants, the Motion to Seal, and this Order to Seal shall be sealed by the Clerk of the Court.

IT IS FURTHER ORDERED that, notwithstanding this Order to Seal, the Government may disclose the Indictment, Arrest Warrants, and this Order to (1) appropriate U.S. and foreign law enforcement officials and other officials and personnel to the extent that such disclosure is in furtherance of national security or efforts to locate, arrest, detain, transfer, extradite, or expel the defendants, and (2) the court, court officials, and defense counsel in this district or any other appropriate district as necessary to conduct any court proceedings in that district.

It is FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket in this case of the Indictment, Arrest Warrants, the Motion to Seal, and this Order to Seal until further order of this Court.

It is FURTHER ORDERED that the Indictment and this Order to Seal shall be unsealed upon oral motion of the Government to this Court or to any Court where any defendant is first presented.

It is FURTHER ORDERED that the Clerk of the Court shall provide to the United States Attorney's Office certified copies of the Indictment, Arrest Warrants, and the instant Motion to

Seal and Order, upon request.

Date: March 27, 2025

_____
MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE