UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 25-CR-86 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **MYONG CHOL-MIN,** | : | |
| | : | |
| **KIM YONG-BOK,** | : | |
| | : | |
| **KIM CHOL-MIN,** | : | |
| also known as "Jack," | : | |
| | : | |
| **RI TONG-MIN,** | : | |
| also known as "Elvis," | : | |
| | : | |
| **RI WON-HO,** | : | |
| | : | |
| **KIM SE-UN, and** | : | |
| | : | |
| **SIM HYON-SOP,** | : | |
| **Defendants.** | | |

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Karen Seifert is entering her appearance in this matter on behalf of the United States. Assistant United States Attorney John F. Korba, as counsel for the United States, is withdrawing as counsel of record in this matter.

                                                                                                  Respectfully submitted,

                                                                                                   JEANINE FERRIS PIRRO
                                                                                                   UNITED STATES ATTORNEY

Date: July 21, 2025                                       By: /s/ Karen P. W. Seifert
                                                                                                   Karen P. W. Seifert
                                                                                                   Assistant United States Attorney
                                                                                                   N.Y. Bar No. 4742342
                                                                                                   National Security Section
                                                                                                   United States Attorney's Office
                                                                                                   601 D Street, N.W.
                                                                                                   Washington, D.C.  20579
                                                                                                   Telephone: (202) 252-7527
                                                                                                   Email: karen.seifert@usdoj.gov