UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 25-CR-86 (CKK) |
| v. | : | |
| MYONG CHOL-MIN, | : | |
| KIM YONG-BOK, | : | |
| KIM CHOL-MIN,<br>   also known as "Jack," | : | |
| RI TONG-MIN,<br>   also known as "Elvis," | : | |
| RI WON-HO, | : | |
| KIM SE-UN, and | : | |
| SIM HYON-SOP, | | |
| Defendants. | | |

## ORDER

Upon consideration of the Government's Motion to Unseal the Indictment and Arrest Warrants, it is hereby ORDERED that the Indictment, any supporting documents and docket entries, and the Arrest Warrants filed herein shall be unsealed effective July 24, 2025, at 1:00 p.m. ET.

**SO ORDERED.**

Date: 7/21/25

_____
HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE